FILED

2009 MAY -5  PM 1: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. C   CALIF
LOS ANGELES

BY _____

JOHN E. KELLY, ESQ. (CA Bar 40,217)
SCOTT W. KELLEY, ESQ. (CA Bar 110,702)
MICHAEL A. DiNARDO, ESQ. (CA Bar 216,991)
KELLY LOWRY & KELLEY, LLP
6320 Canoga Avenue, Suite 1650
Woodland Hills, California 91367
Tel:   (818) 347-7900
Fax:   (818) 340-2859
E-Mail: mike@klkpatentlaw.com

Attorneys for Plaintiff PETER H. WOLF

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

PETER H. WOLF, an individual )

Plaintiff, )

v. )

SANTA BARBARA PIX, an )
entity of unknown origin; )
MICHAEL BOUFFARD, an )
individual; and DOES 1 to 10 )

Defendants. )
_____ )

Case No: **CV09-3157** FMC
PJW

COMPLAINT FOR PATENT INFRINGEMENT

and

DEMAND FOR JURY TRIAL

KELLY LOWRY & KELLEY, LLP
6320 Canoga Avenue, Suite 1650
Woodland Hills, CA 91367

Plaintiff Peter H. Wolf hereby pleads its claim for Patent Infringement against Defendants Santa Barbara Pix and Michael Bouffard, as follows:

**JURISDICTION AND VENUE**

1.    This is a complaint for patent infringement arising under the patent laws of the United States, Title 35 United States Code, particularly §§ 271 and 281.  The Court has jurisdiction over the parties and the subject matter of the action pursuant to 28 U.S.C. § 1338(a).

2.    Venue is proper in this judicial district under Title 28 United States Code §§ 1391(b) and (c) and 1400(b).

**THE PARTIES**

3.    Plaintiff Peter H. Wolf ("Plaintiff") is an individual residing in California at 509 Raindance Street, Thousand Oaks, California 91360.

4.    Plaintiff is informed and believes and based thereon alleges that Defendant Santa Barbara Pix ("SBPix") is an entity of unknown origin and has a place of business in Santa Barbara, California having a mailing address of PO Box 20024.  Plaintiff is further informed and believes and based thereon alleges that SBPix conducts business throughout the State of California, in Santa Barbara, and within this judicial district, including the acts complained of herein.

5.    Plaintiff is informed and believes and based thereon alleges that Defendant Michael Bouffard ("Bouffard", collectively with SBPix "Defendants") is the owner and operator of SBPix, is an individual residing in Santa Barbara, CA at 407 W. Pedregosa St, Apt 23.  Plaintiff is further informed and believes and based thereon alleges that Bouffard conducts business throughout the State of California, in Santa Barbara, and within this judicial district, including the acts complained of herein.

6.    Plaintiff does not know the true names and capacities of the defendants sued herein as DOES 1 through 10, inclusive, and therefore sues

Complaint for Patent Infringement
Peter Wolf v. Santa Barbara Pix
Case No. 09-CV-

these defendants by such fictitious names.  Plaintiff will seek to amend this complaint to allege such names and identities as soon as they are ascertained.  Plaintiff is informed and believes, and based thereon alleges that each of the fictitiously-named defendants is in some manner responsible, liable and/or obligated to Plaintiff in connection with the acts alleged herein.

7.     Plaintiff is informed and believes, and based thereon alleges that at all times mentioned herein, each of the Defendants was the agent, servant, representative, employee, partner, and/or controlling person of the other Defendants named herein, and in doing the acts herein alleged were acting as the agents for each other.

8.     Plaintiff is currently engaged in the business of providing event photographs for inspection, selection and distribution via a computer network.

9.     Plaintiff is informed and believes and based thereon alleges that Defendant is also engaged in the business of providing event photographs for inspection, selection and distribution via the internet through Defendant's website located at www.santabarbarapix.com.

## FIRST CAUSE OF ACTION

### (Patent Infringement)

10.     Plaintiff incorporates by reference the allegations contained in paragraphs 1 thru 9 as if fully set forth herein.

11.     Plaintiff is the owner of United States Patent No. 7,047,214 ("the '214 patent") for a process for providing event photographs for inspection, selection and distribution via a computer network, issued on May 16, 2006.  This patent is presumed valid and enforceable under 35 U.S.C. § 282.  A copy of the above described '214 patent is attached to this Complaint and identified as Exhibit A.

12.     Plaintiff is the owner of the '214 patent and possesses the sole right and obligation to assert and enforce infringement claims against

Complaint for Patent Infringement
Peter Wolf v. Santa Barbara Pix
Case No. 09-CV-

alleged infringers.

13.   The '214 patent, in general, relates to a process for providing event photographs for inspection, selection and distribution via a website on the internet, which generally includes the steps of taking event photographs, associating identifying data with each photograph taken, informing the event participants of the identifying data, transferring the photographs to a computer network server, and permitting access to the server for searching of a particular photograph using the identifying data.

14.   Defendant's past, present and future business of providing event photographs for inspection, selection and distribution via a computer network as described above constitutes an infringement of Plaintiff's '214 patent under the U.S. patent laws.  35 U.S.C. § 271(a).

15.   Plaintiff is informed and believes and based thereon alleges that Defendant's acts of infringement have been willful.

16.   Plaintiff is entitled to a full range of injunctive and monetary relief and remedies under the U.S. patent laws.  35 U.S.C. § 281 et seq.

## SECOND CAUSE OF ACTION

(Contributory Patent Infringement)

17.   Plaintiff incorporates by reference the allegations contained in paragraphs 1 thru 16 as if fully set forth herein.

18.   Plaintiff is informed and believes and based thereon alleges that third parties that access and use Defendant's website directly infringe certain claims of the '214 patent.

19.   Defendant has contributed to infringement of the '214 patent by others and continues to contribute to such infringement by providing the website at www.santabarbarapix.com, which is only adapted to be used in the patented process, and intended that others directly infringe the '214 patent, as described above.

20.    Plaintiff has been and will continue to be injured as a result of Defendant's infringement.

### THIRD CAUSE OF ACTION

(Inducement of Patent Infringement)

21.    Plaintiff incorporates by reference the allegations contained in paragraphs 1 thru 20 as if fully set forth herein.

22.    Defendant has induced others to infringe and continues to induce others to infringe the '214 patent by actively and knowingly aiding and abetting direct infringement of the '214 patents by others, as described above.

23.    Defendant knew or should have known that his actions would induce others to directly infringe the '214 patent.

24.    Plaintiff has been and will continue to be injured as a result of Defendant's infringement.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Peter H. Wolf prays that this Court enter judgement as follows:

A.    That Defendants be adjudged to have infringed the '214 patent;

B.    That Defendants, their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them, be preliminary and permanently restrained and enjoined from directly or indirectly infringing the '214 patent;

C.    That Defendants account to Plaintiff for damages by virtue of Defendants' infringement, contributory infringement and/or inducement of infringement of the '214 patent;

D.    That judgment be entered against Defendants awarding Plaintiff all damages, in such amounts as are proved at trial, and in no

Complaint for Patent Infringement
Peter Wolf v. Santa Barbara Pix
Case No. 09-CV-

event in an amount less than a reasonably royalty, resulting from Defendants' infringement, contributory infringement and/or inducement of infringement of the '214 patent, pursuant to 35 U.S.C. §284;

E.      That Defendants be adjudged to have willfully and deliberately infringed, contributorially infringed and induced infringement of the '214 patent;

F.      That the present case be judged an exceptional case within the meaning of 35 U.S.C. §285 and that Plaintiff be awarded its reasonable attorneys' fees and costs pursuant thereto;

G.      That Plaintiff be awarded damages in an amount equal to three times the amount of damages found or accessed, to compensate Plaintiff for the willful and deliberate acts of infringement by Defendants, pursuant to 35 U.S.C. §284; and

H.      That Plaintiff have such other and further relief as the Court may deem just and proper.

* * * *

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff Peter H. Wolf hereby demands a trial by jury.

3

4   Dated:   May __/__, 2008

Respectfully submitted:

5

KELLY  LOWRY & KELLEY, LLP

6

By: _____

7   John E. Kelly, Esq.
Scott W. Kelley, Esq.

8   Michael A. DiNardo, Esq.

9   Attorneys for Plaintiff Peter H. Wolf

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Patent Infringement
Peter Wolf v. Santa Barbara Pix
Case No. 09-CV-

US007047214B2

(12) **United States Patent** (10) **Patent No.:** **US 7,047,214 B2**

Wolf (45) **Date of Patent:** *May 16, 2006

(54) **PROCESS FOR PROVIDING EVENT PHOTOGRAPHS FOR INSPECTION, SELECTION AND DISTRIBUTION VIA A COMPUTER NETWORK**

(76) Inventor: **Peter H. Wolf**, 509 Raindance St., Thousand Oaks, CA (US) 91360-1219

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/261,747**

(22) Filed: **Oct. 27, 2005**

(65) **Prior Publication Data**

US 2006/0047586 A1 Mar. 2, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 09/641,248, filed on Aug. 17, 2000, now Pat. No. 6,985,875.

(60) Provisional application No. 60/163,879, filed on Nov. 5, 1999.

(51) **Int. Cl.**
*G06F 17/60* (2006.01)

(52) **U.S. Cl.** .................... **705/26**; 348/157; 348/207.1; 396/153

(58) **Field of Classification Search** .................. 705/26, 705/27; 348/157, 207.1; 396/153
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,829,869 A | * | 8/1974 | Balko et al. | ................ 396/315 |
| 3,890,463 A | * | 6/1975 | Ikegami et al. | ............. 348/157 |
| 3,946,312 A | | 3/1976 | Oswald et al. | |
| 4,074,117 A | * | 2/1978 | DeLorean et al. | ............ 377/20 |

| | | | | |
|---|---|---|---|---|
| 4,571,698 A | | 2/1986 | Armstrong | |
| 4,643,585 A | * | 2/1987 | Hillesland | ....................... 368/9 |
| 4,743,971 A | * | 5/1988 | Hugli | ......................... 348/157 |

(Continued)

FOREIGN PATENT DOCUMENTS

JP 2003348424 * 12/2003

OTHER PUBLICATIONS

No Author, "The LaSalle Bank Chicago Marathon", MarathonFoto, http://www.chicagomarathon.com/2002/tier2/merchandise/marathonfoto.html.*

*Primary Examiner*—Wynn Coggins
*Assistant Examiner*—Naeem Haq
(74) *Attorney, Agent, or Firm*—Kelly Lowry & Kelley, LLP

(57) **ABSTRACT**

A process for providing event photographs for inspection, selection and distribution via a computer network generally includes the steps of taking event photographs, associating identifying data with each photograph taken, transferring the photographs to a computer network server, and permitting access to the server for searching of a particular photograph utilizing the identifying data. The identifying data can include a name of an event participant, a number corresponding to a number worn by the event participant, the date and time the photograph was taken, or a code captured from a component as it passes a sensor. Such a component can be passive or active and can include a bar code, inductive device or an electronic transmitting device which is worn by the event participant. The event participants are informed of the identifying data by posting the identifying data associated with each photograph so that it is made available to the participants of the event for later use in searching the server. The photographs are cataloged in the server according to the identifying data and can be subsequently ordered using the server which is typically an Internet web-site.

**20 Claims, 2 Drawing Sheets**



**US 7,047,214 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,752,764 | A | 6/1988 | Peterson et al. |
| 4,763,284 | A * | 8/1988 | Carlin ........................ 702/41 |
| 4,774,679 | A * | 9/1988 | Carlin ........................ 702/41 |
| 5,103,433 | A * | 4/1992 | Imhof ......................... 368/9 |
| 5,245,162 | A | 9/1993 | Takahashi |
| 5,381,155 | A * | 1/1995 | Gerber ...................... 342/104 |
| 5,511,045 | A * | 4/1996 | Sasaki et al. ................. 368/2 |
| 5,552,824 | A * | 9/1996 | DeAngelis et al. ......... 348/157 |
| 5,576,838 | A * | 11/1996 | Renie ........................ 386/117 |
| 5,655,053 | A * | 8/1997 | Renie ........................ 386/117 |
| 5,657,077 | A * | 8/1997 | DeAngelis et al. ......... 348/157 |
| 5,671,010 | A * | 9/1997 | Shimbo et al. ............. 348/157 |
| 5,696,481 | A | 12/1997 | Pejas et al. |
| 6,064,308 | A | 5/2000 | Janning et al. |
| 6,072,751 | A | 6/2000 | Kirson et al. |
| 6,104,864 | A * | 8/2000 | Kondo et al. ............... 386/117 |
| 6,411,329 | B1 * | 6/2002 | Richard et al. ............. 348/157 |
| 6,433,817 | B1 * | 8/2002 | Guerra ...................... 348/157 |
| 6,504,571 | B1 * | 1/2003 | Narayanaswami et al. ....... 348/231.99 |
| 6,532,345 | B1 * | 3/2003 | Gluck ....................... 396/427 |
| 6,545,705 | B1 * | 4/2003 | Sigel et al. ................. 348/157 |
| 6,600,407 | B1 | 7/2003 | Paek |
| 6,608,563 | B1 * | 8/2003 | Weston et al. ........... 340/573.1 |
| 6,917,565 | B1 | 7/2005 | Kishida |
| 2003/0235116 | A1 | 12/2003 | Stobbe |
| 2004/0100566 | A1 | 5/2004 | Valleriano et al. |
| 2004/0135902 | A1 * | 7/2004 | Steensma .............. 348/231.99 |
| 2004/0213087 | A1 | 10/2004 | Gillette et al. |

\* cited by examiner

Exhibit A



100   Event Picture is Taken

102   Picture is processed and posted on WEB site

104   Event participant selects picture from WEB site

106   Picture is printed per customer request

108   Picture and/or products are mailed to customer

FIG.  1



200  Event Picture is taken with a digital or film camera

202  The digitally recorded pictures are transferred directly to a computer. Film pictures are first digitized.

204  The date and time when the pictures were taken is extracted from the digitally recorded pictures.  Digitized film pictures are assigned a date and time.

206  Thumbnail images of the pictures are organized by time for convenient viewing on the Internet

208  A time index and menu are added to each picture page to conveniently link to pictures for any given time.

210  Additional hyperlinks are created on each picture page to allow convenient viewing of the next, previous or home pages

212  Each thumbnail image is hyperlinked to a proprietary e-commerce shopping cart program owned by host which allows ordering of goods and credit card or payment processing

214  The shopping cart pages contain hyperlinks to view additional pictures, edit orders or check out

# FIG. 2

Exhibit A

US 7,047,214 B2

**1**

## PROCESS FOR PROVIDING EVENT PHOTOGRAPHS FOR INSPECTION, SELECTION AND DISTRIBUTION VIA A COMPUTER NETWORK

### RELATED APPLICATION

This application is a continuation of application Ser. No. 09/641,248, filed Aug. 17, 2000 now U.S. Pat. No. 6,985,875 which claims the benefit of Provisional application Ser. No. 60/163,879, filed Nov. 5, 1999.

### BACKGROUND OF THE INVENTION

The present invention relates to event photography. More particularly, the present invention relates to a process for providing event photographs for inspection, selection and distribution via a computer network, such as a web-site on the Internet.

Event photography has traditionally relied on identifying markings commonly known as "bib numbers" that are attached on event participants, such as runners or bicycle riders, so as to be easily visible. Event photographs are taken along the event route or finish line and then developed and scrutinized for the identifying markings of event participants. The name and mailing address of event participants who are identifiable by their bib number markings are then cross checked to an address roster of the event participants that list all event participants, their bib or identification numbers and their addresses.

A thumbnail photographic image of the identified event participant is then printed and mailed to the event participant along with an order form that needs to be filled out by the event participant and transmitted back to the photographers by mail, fax or e-mail, and accompanied by a check, money order or credit card authorization. Upon receipt of the order form, the photographer then develops or produces the requested photograph, such as a 3"×5" or 8"×10" picture, and mails it back to the event participant to complete the transaction.

This method usually requires several weeks or even months of time and is costly due to the multiple mailings between the photographer and the event participants. Furthermore, event participants are typically given only a limited time to order their photograph. Additional costs are typically charged for archival retrievals, if they are even available.

Some of the event participants are not offered the option of purchasing photographs because the identifying bib number markings are often not visible in the photographs. This could be due to one event participant obscuring the markings of another, the photograph being taken at an angle which did not reveal the bib number markings, or the bib numbers being improperly attached to the event participant or lost along the event route. The pictures of these non-identifiable event participants have no value since they cannot be traced to the participant. Means are not typically provided for the participant to search for their photographs.

Accordingly, there is a need for a process which allows a photographer to capture event photographs without relying solely on the need to identify markings, such as bib numbers, on the event participants. What is also needed is a process which allows the event participant to search for photographs taken at the event. What is further needed is a process which eliminates the time and cost of multiple mailings between the photographer and the event participants seeking photo-

**2**

graphs. The present invention fulfills these needs and provides other related advantages.

### SUMMARY OF THE INVENTION

The present invention resides in a process for providing event photographs for inspection, selection and distribution via a computer network, such as a web-site server of the world wide web. Event photographs are first taken and identifying data is associated with each photograph. The identifying data can take one of several forms, including a number corresponding to a number worn by an event participant, the date and time the photograph was taken, and/or a name of an event participant. In a particularly preferred form of the invention, an active or passive component is worn by the event participant which includes a code used as the identifying data for the photograph taken. The camera can be triggered automatically when the component passes a sensor placed at a predetermined location, such as the finish line. Such components can include a bar code, inductive circuit, or an electronic device having a transmitter.

The identifying data assigned to each photograph is posted so as to be readily available to the participants of the event. The photographs are then transferred to the computer network server where they are cataloged according to the identifying data.

One interested in viewing photographs of the event can access the computer network server and search for a particular photograph utilizing the identifying data. In the event the participant is using time as the identifying data and this time is not known, a particular photograph can be searched using the approximate time it was taken. The approximate time can be calculated according to various estimating algorithms. One such preferred algorithm has the following formula: $T_p=(L_p/L_c)(Tf)$, wherein $L_p$ equals the distance from a starting point of the event to the photographer, $T_p$ equals the minutes from the starting point to a photographer at location $L_p$, $L_c$ equals the total distance of the event, and Tf equals the total minutes to finish the event by the participant.

After searching, the particular photograph is displayed for inspection. The photograph may be ordered on-line. The order is fulfilled by sending the photograph to the person ordering. This is done by electronically transmitting the photograph, preferably via e-mail, allowing the person who has logged onto the computer network to print the photograph onto his or her printer, or the photograph is printed and subsequently mailed by the computer network server host utilizing information provided by the person ordering the photograph.

Other features and advantages of the present invention will become apparent from the following more detailed description, taken in conjunction with the accompanying drawings which illustrate, by way of example, the principles of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings illustrate the invention. In such drawings:

FIG. **1** is a flow chart illustrating the general steps taken in accordance with the present invention; and

FIG. **2** is a flow chart illustrating the steps taken in a preferred embodiment of the present invention.

Exhibit A

US 7,047,214 B2

**3**

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

As shown in the drawings for purposes of illustration, the present invention is concerned with a process for providing event photographs for inspection, selection and distribution via a computer network, such as the world wide web. The process of the invention is generally shown in FIG. **1**. Pictures (photographs) at an event are first taken (**100**). The event can comprise any organized event, such as a dance or graduation ceremony, but is particularly suited for athletic events such as bicycling, marathon, triathlon, hockey and other organized sporting events. Pictures of participants of these events, such as the bicyclists, runners, etc., are taken during the event. For example, a picture of each participant of a race, such as a marathon, may be taken at the finish line. Pictures may also be taken during the course of the event or during celebrations after the event.

Several methods can be employed to synchronize and record the moment of taking an event photograph. A large and visible number, letter, symbol or combination thereof can be displayed to the event participant as he or she passes the photographer. The assigned number, letter, symbol or combination thereof correspond to the photograph that was taken. The event participant is informed that he or she should remember the number, letter, or symbol displayed for later access to the photograph.

For example, a large clock with bearing a sign informing participants to remember their time can be placed next to the photographer or remotely controlled camera which electronically records the date, hour, minute and second when the picture was taken as the participant passes by the camera. If this is not practical, the event participants can be given a card bearing the date and time stamped thereon for later use. Digital photographs may be taken during the event wherein each photograph has embedded within it data of the local time the picture was taken, including the year, month, day, hour, minute and seconds.

Another method of synchronizing the moment of the taking of the event photograph is by capturing a code from either an active or passive component worn by an event participant which identifies that participant. Sensors can be placed near the photographer or camera for interfacing with the component as the event participant passes the camera. Such passive components can include a bar code with the sensor comprising a bar code reader. This would be used similar to a toll road wherein bar codes are placed on a car in order to allow that car to pass through the toll booth area which scans the bar code and allows the car to proceed without the need to stop. Another such passive component can include a system similar to that used in department stores wherein an inductive circuit embedded in a housing activates an alarm as it passes through sensors. Alternatively, the component can comprise an active component including an electronic device having a transmitter which transmits a signal that triggers the sensor as it passes thereby.

Major events, such as the Los Angeles Marathon, Iron Man Competition, etc., currently employ such passive or active components, referred to as "racing chips", which are typically strapped to a participant's ankle. As the participant passes a mat on the ground his or her unique chip is identified and transmitted via computer and telephone wires to a central web-site so that anyone in the world can monitor a participant's progress along the race in real time.

The code can be captured by the sensor from the device or embedded within or otherwise transferred to the device for later reading. The code derived from the component can

**4**

be decoded after the event and then assigned a time stamp or unique number, or the code itself may directly input information about the identity of the participant. This identifying information can be utilized in identifying the photograph taken, as well as acting to trigger the remote camera to take a shot as the participant passes over the mat.

The pictures are then processed and posted on a computer network, preferably a web-site of the Internet (**102**). Event participants are informed of the web-site and after the event access the web-site to inspect and select pictures of themselves from the event. Other pictures of the event day are also offered for sale in the form of photographs and other novelty items. Participants of a sporting event or other special occasion can find their pictures online by selecting the event and searching for their picture utilizing their assigned identifying data. As described above, this data may comprise numbers or symbols, or the time when the photograph was taken. If the event participant cannot remember the identifying data, i.e. when his or her picture was taken, various estimating algorithms are made available to assist the event participant to locate his or her picture.

A particularly preferred algorithm has the following formula: $T_p = (L_p/L_c)$ (Tf), wherein $L_p$ equals the distance from a starting point of the event to the photographer, $T_p$ equals the minutes from the starting point to a photographer at location $L_p$, $L_c$ equals the total distance of the event, and Tf equals the total minutes to finish the event by the participant. This algorithm could utilize the participant's starting and finish time as these times are commonly remembered or easily estimated by the event participant. The participant simply selects his or her starting and finish time on the computer screen in addition to selecting where along the event route the desired picture is to be located. Although the calculation assumes that the participant traveled at a relatively constant speed, such an assumption has proven to be reasonable from actual observations. The host computer will automatically display the photograph found based upon the calculation of the formula and allow the participant to conveniently search other photograph near the estimated ones in order to find the particular photograph in question.

After an event participant selects the picture from the web-site to be ordered (**104**), a picture can be electronically transferred, such as by e-mail, or printed per the customer request (**106**). Special photographic paper and state of the art printers are preferably used by the host to produce high resolution, printed photographs in a variety of sizes. The photographs and/or products can be produced and mailed to the customer (**108**).

Preferably, the event photographs are posted on the web-site either in real time or within twenty-four hours of the event for offer of sale and the ordered photograph mailed to the customer in as little as one day after their request.

FIG. **2** illustrates a preferred method of the invention which provides the services and end product in this short time window. An event picture is taken with a film, or preferably digital, camera (**200**). If the pictures are taken with a film camera, they must first be digitally recorded. Then, the digitally recorded pictures are transferred directly to a computer (**202**). This can occur remotely by downloading the pictures through a communications network, such as telephone lines. Typically, the date and time when the pictures were taken is extracted from the digitally recorded pictures. The pictures are assigned that date and time (**204**). Thumbnail images of the pictures are organized by the assigned date and time for convenient viewing by the participants on the Internet (**206**). A time index and menu are added to each picture page in order to allow the participant

Exhibit A

**5**

searcher to conveniently link to pictures for any given time (**208**), as in the case when the time is not known exactly and instead estimated by the participant searcher. Additional hyperlinks are created on each page to allow convenient viewing of the next, previous or home pages (**210**). Each thumbnail image is hyperlinked to an electronic commerce shopping cart program of the host which allows ordering of pictures and other goods through a credit card or payment processing system (**212**). The shopping cart pages contain hyperlinks to view additional pictures, edit orders or check out of the system (**214**).

It is to be understood that the use of a digital camera can allow the photographs to be downloaded and displayed on the web-site in as little as real time or within one or two days after the event. Purchases are not restricted to pictures alone, but can included related products with the pictures such as coffee mugs, t-shirts, key chains, mouse pads etc. Upon checkout, an e-mail message is sent to the customer in order to confirm his or her purchases. If necessary, an electronic message containing the order information is also transmitted to the event photography business.

All processing and ordering of pictures is conducted electronically, alleviating the material and shipping costs typically associated with such transactions as well as significantly reducing the time in which an event participant can receive photographs of the event. In addition to the obvious advantages to the photography business and event participants, the event itself is □enefited due to the added exposure of those viewing photographs of the event as well as information about the event which can be provided on the web-site.

Although several embodiments have been described in detail for purposes of illustration, various modifications may be made without departing from the scope and spirit of the invention. Accordingly, the invention is not to be limited, except as by the appended claims.

What is claimed is:

1. A process providing event photographs of a sporting event for inspection, selection and distribution via a computer network, comprising the steps of:

taking photographs of at least one participant of a sporting event along at least one point of a course or field thereof;

associating identifying data with each photograph taken, wherein the identifying data is selected from at least one of: a number corresponding to a number worn by a participant, a participant's name, a code acquired from a component worn by a participant, and a date and time, including hour and minute the photograph was taken;

informing the sporting participants of the identifying data;

transferring the photographs to a computer network server;

cataloging each of the photographs in a web-site server according to the identifying data so that the server can be accessed and a photograph of a particular sporting event participant can be searched for utilizing the identifying data; and

displaying the photograph of the sporting event participant for inspection and ordering.

2. The process of claim **1**, including the step of posting data associated with the web-site server and each photograph so that it is made available to the participants of the event for later use in searching the server at a location other than the sporting event.

3. The process of claim **1**, wherein when the identifying data comprises a code acquired from a component worn by

**6**

the sporting event participant, including the step of triggering a camera to take a photograph when the component passes a predetermined point.

4. The process of claim **1**, wherein the component comprises a passive component, a bar code, an inductive circuit, or an active component.

5. The process of claim **1**, wherein when the date and time is selected as the identifying data, an approximate time is used to search for a particular photograph.

6. The process of claim **5**, wherein the approximate time is calculated using the following formula:

$$T_p = (L_p/L_c)(Tf);$$

wherein $L_p$ equals the distance from a starting point of the event to the photographer;

wherein $T_p$ equals the minutes from the starting point to a photographer at location $L_p$;

wherein $L_c$ equals the total distance of the event; and

wherein Tf equals the total minutes to finish the event by the participant.

7. The process of claim **1**, including the step of providing a digital camera electronically connected to the server for immediate download of photographs from the event to the server.

8. The process of claim **1**, including the steps of ordering a photograph of the event using the server and fulfilling the order by sending the photograph.

9. The process of claim **8**, including the step of mailing the photograph utilizing information provided by the person ordering the photograph.

10. The process of claim **8**, including the step of electronically transferring the photograph to the person ordering the photograph.

11. A process providing sporting event photographs of sporting event competitors for inspection, selection and distribution via a computer network, comprising the steps of:

taking photographs of one or more competitors of a sporting event along at least one point of a course or field thereof;

associating identifying data with each photograph taken, wherein the identifying data comprises the date and time when the photograph was taken during the sporting event;

informing the sporting event competitors of the identifying data;

transferring the photographs to a computer network server;

cataloging each of the photographs in a web-site server according to the identifying data so that the server can be accessed and a photograph of a particular sporting event participant can be searched for utilizing the date and time the photograph was taken; and

displaying the photograph of the particular competitor for inspection and ordering.

12. The process of claim **11**, including the step of posting data associated with the web-site server and each photograph so that it is made available to the sporting event competitors of the event for later use in searching the server at a location other than the sporting event.

13. The process of claim **11**, wherein an approximate time is used to search for a particular photograph.

14. The process of claim **13**, wherein the approximate time is calculated using the following formula:

$$T_p = (L_p/L_c)(Tf);$$

US 7,047,214 B2

7

wherein $L_p$ equals the distance from a starting point of the event to the photographer;

wherein $T_p$ equals the minutes from the starting point to a photographer at location $L_p$;

wherein $L_c$ equals the total distance of the event; and

wherein Tf equals the total minutes to finish the event by the participant.

**15**. The process of claim **11**, including the step of providing a digital camera electronically connected to the server for immediate download of photographs from the event to the server.

**16**. The process of claim **11**, including the steps of ordering a photograph of the event using the server and fulfilling the order by sending the photograph.

**17**. A process for providing sporting event photographs of sporting event competitors for inspection, selection and distribution via a computer network, comprising the steps of:

taking photographs of one or more competitors of a sporting event along at least one point of a course or field thereof;

associating identifying data with each photograph taken, wherein the identifying data comprises a number worn by the sporting event competitor;

8

informing the event competitors of the identifying data;

transferring the photographs to a computer network server;

cataloging each of the photographs in a web-site server according to the identifying data so that the server can be accessed and a photograph of a particular sporting event participant can be searched for utilizing the number worn by the sporting event competitor; and

displaying the photograph of the competitor for inspection and ordering.

**18**. The process of claim **17**, including the step of posting data associated with the web-site server and each photograph so that it is made available to the sporting event competitors of the event for later use in searching the server at a location other than the sporting event.

**19**. The process of claim **17**, including the step of providing a digital camera electronically connected to the server for immediate download of photographs from the event to the server.

**20**. The process of claim **17**, including the steps of ordering a photograph of the event using the server and fulfilling the order by sending the photograph.

*   *   *   *   *

Exhibit A

John E. Kelly, Esq. (Bar No. 40,217)
Michael A. DiNardo, Esq. (Bar No. 216,991)
KELLY LOWRY & KELLEY, LLP
6320 Canoga Avenue, Suite 1650
Woodland Hills, CA 91367
Tel: (818) 347-7900   Fax: (818) 340-2859

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PETER H. WOLF, an Individual,

PLAINTIFF(S)

v.

SANTA BARBARA PIX, an entity of unknown origin; MICHAEL BOUFFARD, an individual; and DOES 1 to 10,

DEFENDANT(S).

CASE NUMBER

**CV09-3157FMC PJWx**

**SUMMONS**

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
Michael A. DiNardo _____, whose address is:

Kelly, Lowry & Kelley, LLP
6320 Canoga Avenue, Suite 1650
Woodland Hills, CA 91367

an answer to the ☒ complaint ☐_____amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within _20_ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

Dated: _____**MAY − 5 2009**_____

By: _*Natalie Gongora*_

Deputy Clerk

*(Seal of the Court)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Florence-Marie Cooper and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV09- 3157 FMC (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| **312 N. Spring St., Rm. G-8** | **411 West Fourth St., Rm. 1-053** | **3470 Twelfth St., Rm. 134** |
| **Los Angeles, CA 90012** | **Santa Ana, CA 92701-4516** | **Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| PETER H. WOLF, an Individual | SANTA BARBARA PIX, an entity of unknown origin; MICHAEL BOUFFARD, an individual; and DOES 1 to 10 |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): Ventura | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Michael A. DiNardo, Esq.   Tel: (818) 347-7900<br>KELLY LOWRY & KELLEY, LLP   Fax: (818) 340-2859<br>6320 Canoga Avenue, Suite 1650<br>Woodland Hills, CA 91367 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No       ☑ **MONEY DEMANDED IN COMPLAINT: $** to be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No   ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number: _____   **CV09-3157**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☐ No   ☑ Yes

If yes, list case number(s): LA08CV07740 GHK (RCx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

  Ventura County

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

  Santa Barbara County

**List the California County**, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

  Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):**  _[signature]_   Date   May 4, 2009
                                        MICHAEL A. DiNARDO

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |